.Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.

---

· HARRY C. RICE, as Administrator of the Estate of DOROTHY C. RICE, Deceased, Respondent, *v.* NEW YORK STATE RAILWAYS, Appellant.

*Negligence — railroads — automobile struck by trolley car at crossing — action to recover for death of passenger.*

Rice v. N. Y. State Railways, 209 App. Div. 849, affirmed.
(Argued December 19, 1924; decided January 21, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 27, 1922, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate died from injuries received when an automobile in which she was riding was struck by one of defendant's cars. The answer admitted the collision but alleged that it was due solely to the negligence of the driver of the automobile.

*Paul Folger* for appellant.
*Louis E. Fuller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.

---

HAROLD S. OSBORNE, Appellant, *v.* ALLEN CURTIS et al., Copartners, under the Firm Name of CURTIS & SANGER, Respondents.

*Conversion — action to recover stock deposited as collateral security.*

Osborne v. Curtis, 209 App. Div. 100, affirmed.
(Argued December 19, 1924; decided January 21, 1925.)

APPEAL from a judgment, entered June 12, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment